IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>EUSTOLIA CASARREAL-MORALES,<br><br>Defendant. | MJ-25-56-BU-KLD<br><br>ORDER |

Based on motion of the United States and good cause appearing,

IT IS HEREBY ORDERED that the criminal complaint and supporting affidavit and arrest warrant in this mater are SEALED.

IT IS FURTHER ORDERED that the criminal complaint and supporting affidavit are unsealed for the limited purposes of providing copies of documents in discovery, upon initial appearance on an Indictment, or any other charging document, by any defendant related to this criminal complaint service/receipt of request for discovery by defense counsel, pursuant to Fed. R. Crim. P. 16.

DATED this \_\_14th\_\_ day of August, 2025

*[signature]*
Kathleen L. DeSoto
U.S. Magistrate Judge